IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMIE WILLIAMS, ET AL., | ) | Civil No. 23-00028 LEK-KJM |
| | ) | |
| Plaintiffs, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| vs. | ) | SECOND JOINT PETITION FOR |
| | ) | GOOD FAITH SETTLEMENT |
| THE UNITED STATES OF | ) | DETERMINATION (ECF NO. 211) |
| AMERICA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FINDINGS AND RECOMMENDATION TO
GRANT SECOND JOINT PETITION FOR GOOD
FAITH SETTLEMENT DETERMINATION (ECF NO. 211)

On March 27, 2026, Plaintiffs and Defendant United States of America

("Defendant") filed a Second Joint Petition for Good Faith Settlement

Determination ("Petition"), seeking a determination of good faith settlement for

four settling plaintiffs:  Klearance Simpson, Amanda Torres, Doris Flores, and

Natalie Lake.  ECF No. 211.

On April 2, 2026, non-parties CP IV Waterfront, LLC, d/b/a Kapilina Beach

Homes ("Kapilina"), and GREP Southwest, LLC ("GREP"), timely filed a

Statement of Position to the Petition.  ECF No. 212.  Therein, Kapilina and GREP

incorporated by reference their previous position as set forth in their August 26,

2025 statement, ECF No. 105, and filed in *Feindt, et al. v. United States*, Civil No. 22-00397 LEK-KJM (D. Haw.), on March 6, 2026, ECF No. 694.

On April 20, 2026, non-parties Ohana Military Communities, LLC ("Ohana"), and Hunt MH Property Management, LLC ("Hunt"), timely filed a Memorandum in Opposition to the Petition. ECF No. 214. Therein, Ohana and Hunt reiterated and incorporated by reference their opposition to a previous petition for good faith settlement determination filed in this lawsuit on August 26, 2025, ECF No. 104.

The deadline to file any objections to the Petition was April 21, 2026. The Court did not receive any other objections.

On April 21, 2026, Defendant filed a Reply. ECF No. 215.

On April 29, 2026, the Court held a hearing on the Petition via video conference. ECF No. 216. Paul V.K. Smith, Esq., appeared on behalf of Plaintiffs. Kenneth A. Haywood, Esq., and Alanna Horan, Esq., appeared on behalf of Defendant. Randall C. Whattoff, Esq., appeared on behalf of Ohana and Hunt. Lisa K. Swartzfager, Esq., appeared on behalf of Kapilina and GREP.

The Court has carefully considered the memoranda, applicable law, record in this case, and the oral arguments of counsel. For the reasons set forth in the Court's findings and recommendation on the prior petition for good faith settlement determination, which the district court adopted, the Court FINDS AND

RECOMMENDS that the district court GRANT the Petition.  The Court reiterates and incorporates by reference the analysis contained in its prior findings and recommendation.  ECF No. 170, 2025 WL 3712269 (D. Haw. Dec. 11, 2025), *adopted by* ECF No. 173, 2025 WL 3720623 (D. Haw. Dec. 22, 2025).

Based on the foregoing, the Court FINDS that the settlements between the four settling plaintiffs and Defendant were made in good faith under Hawaii Revised Statutes § 663–15.5.  The Court thus RECOMMENDS that the district court GRANT the Second Joint Petition for Good Faith Settlement Determination (ECF No. 211).

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, April 30, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Williams, et al. v. United States, et al.*, Civil No. 23-00028 LEK-KJM; Findings and Recommendation to Grant Second Joint Petition for Good Faith Settlement Determination (ECF No. 211)

3